UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-4910-CBM(SKx) | Date | June 13, 2019 |

| | |
|---|---|
| Title | *K.L., et al. v. Cty. of Los Angeles et al.* |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: DEFENDANTS' EX PARTE [46] APPLICATION FOR AN ORDER AMENDING THE SCHEDULING CONFERENCE ORDER TO CONTINUE TRIAL AND RELATED DATES**

The matter before the Court is Defendants' Ex Parte Application for an Order Amending the Scheduling Conference Order to Continue Trial and Related Dates (the "Application").  (Dkt. No. 46.)  Defendants request that the Court "continue the trial and related dates by at least six (6) months" to allow the District Attorney's JSID report and complete outstanding discovery.  Alternatively, Defendants request that the non-expert discovery cutoff date be extended for six weeks, and the expert disclosure deadlines be extended for three weeks after the completion of fact discovery.

Plaintiffs filed an opposition to the Application, wherein Plaintiffs object to a six-month continuance of the trial and related dates.  (Dkt. No. 47.)  Plaintiffs do not oppose Defendants' alternative request to continue the discovery dates.  (*Id*.)

The Application to continue the trial and related dates by at least six months is **DENIED WITHOUT PREJUDICE**.

The Court, however, **GRANTS** the Application as to Defendants' alternative request to continue the discovery dates as follows:

1. The non-expert discovery competition date shall be completed on or before August 12, 2019;
2. Initial Expert Disclosures shall be completed on or before August 23, 2019;

3. Rebuttal Expert Disclosures shall be completed on or before September 2, 2019; and
4. Expert discovery shall be completed on or before September 23, 2019.

The remaining dates previously set by the Court remain in full force and effect.

**IT IS SO ORDERED.**