UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| K.L., a minor by and through his guardian ad litem NIJAE McGHEE, individually and as successor-in-interest to KENNETH LEWIS, JR.; KENNETH LEWIS SR., individually; and BELINDA MILLER, individually,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; RYAN ROTHROCK and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV18-04910 CBM-SK<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE [JS-6]**<br><br><br>Action Filed: June 01, 2018<br>Trial Date: vacated |

## <u>ORDER</u>

Good cause appearing, defendants County of Los Angeles and Ryan Rothrock are hereby dismissed with prejudice and the matter is dismissed in its entirety. All parties are to bear their own costs arising out of this dismissal.

Dated: July 22, 2020     By: _____
                                              Honorable Consuelo B. Marshall
                                              United States District Judge

-1-
**ORDER ON STIPULATION FOR FULL AND FINAL DISMISSAL WITH PREJUDICE**